# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                  May 29, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## RE-SCHEDULING NOTICE

The matter of Xue, et al. v. Koenig, et al., 19-cv-7630 (NSR) (LMS), has been ***re-scheduled*** from a telephonic status conference on Thursday, June 25, 2020, at 10:00 AM before the Hon. Lisa Margaret Smith, United States Magistrate Judge, to a telephonic status conference on **Friday, June 26, 2020, at 11:00 AM**. All persons participating in this status conference may do so by accessing the AT&T Teleconference Information previously published to the docket sheet.

*Please Note: Counsel seeking to reschedule an appearance must have all parties on the line prior to contacting Chambers.*

SO ORDERED: *[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.