UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
XUE, et al.,

                                      Plaintiff(s),                   **ADJOURNMENT ORDER**

    - against -

                                                                         19 Civ. 7630 (NSR)

KOENIG, et al.,

                                      Defendant(s).
----------------------------------------------------------x
NELSON S. ROMÁN, U.S.D.J.:

The above case previously scheduled for a Status Conference on September 10, 2020 before United States District Judge Nelson S. Román *is hereby adjourned sine die* pending issuance of a decision on Defendants' motion to dismiss.

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

Dated:    White Plains, New York
             September 9, 2020


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2020