# EXHIBIT 12

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
15 ELM CT #1
METUCHEN, NJ  08840
U.S.A.

Invoice Number:
121

Invoice Date:
2005 Dec 30

Voice:   732-662-1049
Fax:

Page:
1

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY  10510
U.S.A.

Ship to:
Bank of NY / SONIC TRADING
70 Wood Avenue South 4th floor
Iselin, NJ  08830
U.S.A.

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| NY00001 | | Net 14 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Best Way | | 06-1-13 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 32.00 | | Software consulting service from 12/26/05 to 12/30/05 | 55.00 | 1,760.00 |

*[Handwritten notes: Pd 1/18/06 #6572 ; For Inv 120-2200 ; 121-1760 ; Tot 3960]*

Subtotal     1,760.00
Sales Tax
Total Invoice Amount    1,760.00
Check/Credit Memo No:          Payment/Credit Applied
**TOTAL**    1,760.00

D000028

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
202 W First St
Edison, NJ 08820
U.S.A.

Voice: 617-963-9259
Fax:

Invoice Number: 252
Invoice Date: 2008 Nov 30
Page: 1

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY 10510
U.S.A.

Ship to:
Bank of NY / SONIC TRADING
70 Wood Avenue South 4th floor
Iselin, NJ 08830
U.S.A.

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| NY00001 | | Net 14 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Best Way | | 08-12-5 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 176.00 | | Software Consulting Service for 11/2008 | 82.50 | 14,520.00 |

Subtotal: 14,520.00
Sales Tax:
Total Invoice Amount: 14,520.00
Check/Credit Memo No:
Payment/Credit Applied
TOTAL: 14,520.00

1/9/09 Paid  7260.00
1/27/09 Balance Due  7260.00

166.950

D000029

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
202 W First St
Edison, NJ  08820
U.S.A.

Invoice Number:
289

Invoice Date:
Dec 31, 2011

Voice:   617-963-9259
Fax:

Page:
1

Duplicate

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY  10510
U.S.A.

Ship to:
Bank of NY / SONIC TRADING
70 Wood Avenue South 4th floor
Iselin, NJ  08830
U.S.A.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| NY00001 | | Net 14 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Best Way | | 1/14/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 168.00 | I001 | Software Consulting service 12/2011 | 82.50 | 13,860.00 |

Subtotal  13,860.00
Sales Tax
Total Invoice Amount  13,860.00
Payment/Credit Applied

Check/Credit Memo No:

**TOTAL**  13,860.00

D000030

# Invoice

CALCULUS TRADING TECHNOLOGY LLC  
34 Red Coach Lane  
HOLMDEL, NJ  07733  
U.S.A.

Invoice Number: 361

Invoice Date: Dec 31, 2017

Voice:  617-963-9259  
Fax:

Page: 1

Duplicate

Sold To:  
Prime Consulting International LLC  
7 Pine Hill Court  
Suite 100  
Briarcliff Manor, NY  10510  
U.S.A.

Ship to:  
COWEN/ConvergEx Group  
75 Lincoln Highway, 3rd Floor  
Iselin, NJ  08830  
U.S.A.

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| NY00001 | | Net 14 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Best Way | | 1/14/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 152.00 | I001 | Software Consulting service 12/2017 | 110.00 | 16,720.00 |
| | | Remaining Balance of Invoice# 357 1297.64 | | 25.95 |
| | | Remaining Balance of Invoice# 358 18997.87 Past due 60-90 days | | 569.94 |
| | | Remaining Balance of Invoice# 359 20483.74 Past due 30-60 days | | 409.67 |
| | | Remaining Balance of Invoice# 360 19677.61 Past due 0-30 days | | |
| | | Total Balance of 78,182.42$ at the end of this invoice period, please pay this amount | | |
| | | PLEASE NOTE: | | |
| | | a. We charge 2% per month for any invoice that has a balance past due for 30 to 90 days | | |
| | | b. For balances of invoices that are past due for 90+ days, we consider the payment in default, | | |

Check/Credit Memo No:

Subtotal  Continued  
Sales Tax  Continued  
Total Invoice Amount  Continued  
Payment/Credit Applied  
**TOTAL**  Continued

Overdue invoices are subject to late charges.

D000031

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
34 Red Coach Lane
HOLMDEL, NJ  07733
U.S.A.

Invoice Number: 361

Invoice Date: Dec 31, 2017

Voice:   617-963-9259
Fax:

Page: 2

Duplicate

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY  10510
U.S.A.

Ship to:
COWEN/ConvergEx Group
75 Lincoln Highway, 3rd Floor
Iselin, NJ  08830
U.S.A.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| NY00001 | | Net 14 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Best Way | | 1/14/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | we charge additional late fee of 20% per month.<br>c. All of our contracted software development work/projects/efforts are copyright protected, the copyright remains with us until all the payments are received.<br>d. We apply payments to the invoices in the order we receive them, we may elect to sue in court to recover losses occurred to us due to non-payment<br>PLEASE SCHEDULE THE PAST DUE PAYMENTS AS SOON AS POSSIBLE TO AVOID INTEREST CHARGES AND ADDITIONAL FEES, WE MAY SEND INVOICES THAT ARE IN DEFAULT FOR COLLECTION | | |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 17,725.56 |
| Sales Tax | |
| Total Invoice Amount | 17,725.56 |
| Payment/Credit Applied | |
| **TOTAL** | 17,725.56 |

Overdue invoices are subject to late charges.

D000032

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
34 Red Coach Lane
HOLMDEL, NJ   07733
U.S.A.

Invoice Number: 358

Invoice Date: Sep 30, 2017

Voice:   617-963-9259
Fax:

Page: 1

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY   10510
U.S.A.

Ship to:
COWEN/ConvergEx Group
75 Lincoln Highway, 3rd Floor
Iselin, NJ   08830
U.S.A.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| NY00001 | | Net 14 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Best Way | | 10/14/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 160.00 | I001 | Software Consulting service 9/2017 | 110.00 | 17,600.00 |
| | | Payment of 18,200.00$ received 9/11/2017, Thank you | | |
| | | Invoice #354 payoff month interest charge | | 319.32 |
| | | Remaining Balance of Invoice# 355 17638.00 Past due 60-90 days | | 705.52 |
| | | Remaining Balance of Invoice# 356 18651.44 Past due 30-60 days | | 373.03 |
| | | Remaining Balance of Invoice# 357 21608.20 Past due 0-30 days | | |
| | | Total Balance of 76,895.51$ at the end of this invoice period, please pay this amount | | |
| | | PLEASE NOTE: | | |
| | | a. We charge 2% per month for any invoice that has a balance past due for 30 to 90 days | | |
| | | b. For balances of invoices that are past due for 90+ days, we | | |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | Continued |

Overdue invoices are subject to late charges.

Xue 122

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
34 Red Coach Lane
HOLMDEL, NJ  07733
U.S.A.

Invoice Number:
358

Invoice Date:
Sep 30, 2017

Voice:   617-963-9259
Fax:

Page:
2

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY  10510
U.S.A.

Ship to:
COWEN/ConvergEx Group
75 Lincoln Highway, 3rd Floor
Iselin, NJ  08830
U.S.A.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| NY00001 | | Net 14 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Best Way | | 10/14/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | consider the payment in default, we charge additional late fee of 20% per month.<br>c.All of our contracted software development work/projects/efforts are copyright protected, the copyright remains with us until all the payments are received.<br>d.We apply payments to the invoices in the order we receive them, we may elect to sue in court to recover losses occurred to us due to non-payment<br>PLEASE SCHEDULE THE PAST DUE PAYMENTS AS SOON AS POSSIBLE TO AVOID INTEREST CHARGES AND ADDITIONAL FEES, WE MAY SEND INVOICES THAT ARE IN DEFAULT FOR COLLECTION | | |

| | |
|---|---|
| Subtotal | 18,997.87 |
| Sales Tax | |
| Total Invoice Amount | 18,997.87 |
| Payment/Credit Applied | |
| **TOTAL** | 18,997.87 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

Xue 123

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
34 Red Coach Lane
HOLMDEL, NJ   07733
U.S.A.

Invoice Number: 359

Invoice Date: Oct 31, 2017

Voice:   617-963-9259
Fax:

Page: 1

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY   10510
U.S.A.

Ship to:
COWEN/ConvergEx Group
75 Lincoln Highway, 3rd Floor
Iselin, NJ   08830
U.S.A.

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| NY00001 |  | Net 14 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
|  | Best Way |  | 11/14/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 176.00 | I001 | Software Consulting service 10/2017 | 110.00 | 19,360.00 |
|  |  | Payment of 18,000.00$ received 10/31/2017, Invoice #356 payoff, Thank you |  |  |
|  |  | Payment of 20,000.00$ received 10/03/2017, Invoice #355 payoff, Thank you |  |  |
|  |  | Invoice #355 payoff month interest charge |  | 352.76 |
|  |  | Invoice #356 payoff month interest charge |  | 373.03 |
|  |  | Remaining Balance of Invoice# 357 19897.64 Past due 30-60 days |  | 397.95 |
|  |  | Remaining Balance of Invoice# 358 18651.44 Past due 0-30 days |  |  |
|  |  | Total Balance of 59,379.25$ at the end of this invoice period, please pay this amount |  |  |
|  |  | PLEASE NOTE: |  |  |

Check/Credit Memo No:

Subtotal — Continued
Sales Tax — Continued
Total Invoice Amount — Continued
Payment/Credit Applied
**TOTAL** — Continued

Overdue invoices are subject to late charges.

Xue 124

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
34 Red Coach Lane
HOLMDEL, NJ  07733
U.S.A.

Invoice Number:
359

Invoice Date:
Oct 31, 2017

Voice:   617-963-9259
Fax:

Page:
2

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY  10510
U.S.A.

Ship to:
COWEN/ConvergEx Group
75 Lincoln Highway, 3rd Floor
Iselin, NJ  08830
U.S.A.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| NY00001 | | Net 14 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Best Way | | 11/14/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | a.We charge 2% per month for any invoice that has a balance past due for 30 to 90 days<br>b.For balances of invoices that are past due for 90+ days, we consider the payment in default, we charge additional late fee of 20% per month.<br>c.All of our contracted software development work/projects/efforts are copyright protected, the copyright remains with us until all the payments are received.<br>d.We apply payments to the invoices in the order we receive them, we may elect to sue in court to recover losses occurred to us due to non-payment<br>PLEASE SCHEDULE THE PAST DUE PAYMENTS AS SOON AS POSSIBLE TO | | |

|  |  |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | Continued |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

Xue 125

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
34 Red Coach Lane
HOLMDEL, NJ 07733
U.S.A.

Invoice Number: 359

Invoice Date: Oct 31, 2017

Voice: 617-963-9259
Fax:

Page: 3

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY 10510
U.S.A.

Ship to:
COWEN/ConvergEx Group
75 Lincoln Highway, 3rd Floor
Iselin, NJ 08830
U.S.A.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| NY00001 | | Net 14 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Best Way | | 11/14/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | AVOID INTEREST CHARGES AND ADDITIONAL FEES, WE MAY SEND INVOICES THAT ARE IN DEFAULT FOR COLLECTION | | |

|  |  |
|---|---|
| Subtotal | 20,483.74 |
| Sales Tax | |
| Total Invoice Amount | 20,483.74 |
| Payment/Credit Applied | |
| **TOTAL** | 20,483.74 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

Xue 126

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
34 Red Coach Lane
HOLMDEL, NJ  07733
U.S.A.

Invoice Number: 360

Invoice Date: Nov 30, 2017

Voice:  617-963-9259
Fax:

Page: 1

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY  10510
U.S.A.

Ship to:
COWEN/ConvergEx Group
75 Lincoln Highway, 3rd Floor
Iselin, NJ  08830
U.S.A.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| NY00001 | | Net 14 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Best Way | | 12/14/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 168.00 | I001 | Software Consulting service 11/2017 | 110.00 | 18,480.00 |
| | | Payment of 18600.00$ received 11/30/2017, Thank you | | |
| | | Invoice# 356 late charge adjustment | | 186.51 |
| | | Remaining Balance of Invoice# 357 1297.64, Past due 60-90 days | | 631.14 |
| | | Remaining Balance of Invoice# 358 18997.87, Past due 30-60 days | | 379.96 |
| | | Remaining Balance of Invoice# 359 20483.74, Past due 0-30 days | | |
| | | Total Balance of 60,456.86$ at the end of this invoice period, please pay this amount | | |
| | | PLEASE NOTE: | | |
| | | a.We charge 2% per month for any invoice that has a balance past due for 30 to 90 days | | |
| | | b.For balances of invoices that | | |

Subtotal  Continued
Sales Tax  Continued
Total Invoice Amount  Continued
Payment/Credit Applied
**TOTAL**  Continued

Check/Credit Memo No:

Overdue invoices are subject to late charges.

Xue 127

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
34 Red Coach Lane
HOLMDEL, NJ   07733
U.S.A.

Invoice Number: 360

Invoice Date: Nov 30, 2017

Voice:   617-963-9259
Fax:

Page: 2

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY   10510
U.S.A.

Ship to:
COWEN/ConvergEx Group
75 Lincoln Highway, 3rd Floor
Iselin, NJ   08830
U.S.A.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| NY00001 | | Net 14 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Best Way | | 12/14/17 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | are past due for 90+ days, we consider the payment in default, we charge additional late fee of 20% per month.<br>c.All of our contracted software development work/projects/efforts are copyright protected,the copyright remains with us until all the payments are received.<br>d.We apply payments to the invoices in the order we receive them,we may elect to sue in court to recover losses occurred to us due to non-payment<br>PLEASE SCHEDULE THE PAST DUE PAYMENTS AS SOON AS POSSIBLE TO AVOID INTEREST CHARGES AND ADDITIONAL FEES, WE MAY SEND INVOICES THAT ARE IN DEFAULT FOR COLLECTION | | |

| | |
|---|---|
| Subtotal | 19,677.61 |
| Sales Tax | |
| Total Invoice Amount | 19,677.61 |
| Payment/Credit Applied | |
| **TOTAL** | 19,677.61 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

Xue 128

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
34 Red Coach Lane
HOLMDEL, NJ  07733
U.S.A.

Invoice Number: 361

Invoice Date: Dec 31, 2017

Voice:   617-963-9259
Fax:

Page: 1

Duplicate

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY  10510
U.S.A.

Ship to:
COWEN/ConvergEx Group
75 Lincoln Highway, 3rd Floor
Iselin, NJ  08830
U.S.A.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| NY00001 | | Net 14 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Best Way | | 1/14/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 152.00 | I001 | Software Consulting service 12/2017 | 110.00 | 16,720.00 |
| | | Remaining Balance of Invoice# 357 1297.64 | | 25.95 |
| | | Remaining Balance of Invoice# 358 18997.87 Past due 60-90 days | | 569.94 |
| | | Remaining Balance of Invoice# 359 20483.74 Past due 30-60 days | | 409.67 |
| | | Remaining Balance of Invoice# 360 19677.61 Past due 0-30 days | | |
| | | Total Balance of 78,182.42$ at the end of this invoice period, please pay this amount | | |
| | | PLEASE NOTE: | | |
| | | a.We charge 2% per month for any invoice that has a balance past due for 30 to 90 days | | |
| | | b.For balances of invoices that are past due for 90+ days, we consider the payment in default, | | |

|  |  |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | Continued |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

Xue 129

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
34 Red Coach Lane
HOLMDEL, NJ  07733
U.S.A.

Invoice Number: 361

Invoice Date: Dec 31, 2017

Voice:   617-963-9259
Fax:

Page: 2

Duplicate

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY  10510
U.S.A.

Ship to:
COWEN/ConvergEx Group
75 Lincoln Highway, 3rd Floor
Iselin, NJ  08830
U.S.A.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| NY00001 | | Net 14 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Best Way | | 1/14/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | we charge additional late fee of 20% per month.<br>c.All of our contracted software development work/projects/efforts are copyright protected, the copyright remains with us until all the payments are received.<br>d.We apply payments to the invoices in the order we receive them, we may elect to sue in court to recover losses occurred to us due to non-payment<br>PLEASE SCHEDULE THE PAST DUE PAYMENTS AS SOON AS POSSIBLE TO AVOID INTEREST CHARGES AND ADDITIONAL FEES, WE MAY SEND INVOICES THAT ARE IN DEFAULT FOR COLLECTION | | |

|   |   |
|---|---|
| Subtotal | 17,725.56 |
| Sales Tax | |
| Total Invoice Amount | 17,725.56 |
| Payment/Credit Applied | |
| **TOTAL** | 17,725.56 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

Xue 130

# Invoice

CALCULUS TRADING TECHNOLOGY LLC  
34 Red Coach Lane  
HOLMDEL, NJ   07733  
U.S.A.

Invoice Number: 363

Invoice Date: Feb 15, 2018

Voice:   617-963-9259  
Fax:

Page: 1

Sold To:  
Prime Consulting International LLC  
7 Pine Hill Court  
Suite 100  
Briarcliff Manor, NY   10510  
U.S.A.

Ship to:  
COWEN/ConvergEx Group  
75 Lincoln Highway, 3rd Floor  
Iselin, NJ   08830  
U.S.A.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| NY00001 | | Due on Receipt | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Best Way | | 2/15/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | For the invoice period of 1/1/2018 to 1/31/2018: | | |
| | | Payment of 20,240.00$ received 1/3/2018, Thank you | | |
| | | Invoice #358 remaining balance of 55.51, past due 90+ days | | 12.21 |
| | | Remaining Balance of Invoice# 359 20483.74 Past due 60-90 days | | 409.67 |
| | | Remaining Balance of Invoice# 360 19677.61 Past due 30-60 days | | 393.55 |
| | | Remaining Balance of Invoice# 361 17725.56 Past due 0-30 days | | 354.51 |
| | | Total Balance of 59,112.36$ at the end of this invoice period, please pay this amount | | |
| | | PLEASE NOTE: | | |
| | | a. We charge 2% per month for any invoice that has a balance past due for 30 to 90 days | | |
| | | b. For balances of invoices that | | |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | Continued |

Overdue invoices are subject to late charges.

Xue 131

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
34 Red Coach Lane
HOLMDEL, NJ   07733
U.S.A.

Invoice Number:
363

Invoice Date:
Feb 15, 2018

Voice:     617-963-9259
Fax:

Page:
2

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY   10510
U.S.A.

Ship to:
COWEN/ConvergEx Group
75 Lincoln Highway, 3rd Floor
Iselin, NJ   08830
U.S.A.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| NY00001 | | Due on Receipt | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Best Way | | 2/15/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | are past due for 90+ days, we consider the payment in default, we charge additional late fee of 20% per month. c.All of our contracted software development work/projects/efforts are copyright protected,the copyright remains with us until all the payments are received. d.We apply payments to the invoices in the order we receive them,we may elect to sue in court to recover losses occurred to us due to non-payment PLEASE SCHEDULE THE PAST DUE PAYMENTS AS SOON AS POSSIBLE TO AVOID INTEREST CHARGES AND ADDITIONAL FEES, WE MAY SEND INVOICES THAT ARE IN DEFAULT FOR COLLECTION | | |

|  |  |
|---|---|
| Subtotal | 1,169.94 |
| Sales Tax | |
| Total Invoice Amount | 1,169.94 |
| Payment/Credit Applied | |
| **TOTAL** | 1,169.94 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

Xue 132

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
34 Red Coach Lane
HOLMDEL, NJ  07733
U.S.A.

Invoice Number: 364

Invoice Date: Feb 28, 2018

Voice:     617-963-9259
Fax:

Page: 1

Duplicate

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY  10510
U.S.A.

Ship to:
COWEN/ConvergEx Group
75 Lincoln Highway, 3rd Floor
Iselin, NJ  08830
U.S.A.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| NY00001 | | Due on receipt | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Best Way | | 3/4/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | For the invoice period of 2/1/2018 to 2/28/2018: Invoice #358, 359 remaining balance of 20539.25$, past due 90+ days, DEFAULT | | 410.79 |
| | | Default charge | | 4,107.85 |
| | | Remaining Balance of Invoice# 360 19677.61 Past due 60-90 days | | 393.55 |
| | | Remaining Balance of Invoice# 361 17725.56 Past due 30-60 days | | 354.51 |
| | | Remaining Balance of Invoice# 363 1169.94 Past due 0-30 days Total Balance of 65549.00$ at the end of this invoice period, please pay this amount PLEASE NOTE: a.We charge 2% per month for any invoice that has a balance past due for 30 to 90 days b.For balances of invoices that | | |

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | Continued |

Overdue invoices are subject to late charges.

Xue 133

# Invoice

CALCULUS TRADING TECHNOLOGY LLC
34 Red Coach Lane
HOLMDEL, NJ  07733
U.S.A.

Invoice Number:
364

Invoice Date:
Feb 28, 2018

Voice:  617-963-9259
Fax:

Page:
2

Duplicate

Sold To:
Prime Consulting International LLC
7 Pine Hill Court
Suite 100
Briarcliff Manor, NY  10510
U.S.A.

Ship to:
COWEN/ConvergEx Group
75 Lincoln Highway, 3rd Floor
Iselin, NJ  08830
U.S.A.

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| NY00001 | | Due on receipt |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Best Way | | 3/4/18 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | are past due for 90+ days, we consider the payment in serious default, we charge additional late fee of 20% per month.<br>c.All of our contracted software development work/projects/efforts are copyright protected,the copyright remains with us until all the payments are received.<br>d.We apply payments to the invoices in the order we receive them,we may elect to sue in court to recover losses occurred to us due to non-payment<br>PLEASE SCHEDULE THE PAST DUE PAYMENTS AS SOON AS POSSIBLE TO AVOID INTEREST CHARGES AND ADDITIONAL FEES, WE MAY SEND INVOICES THAT ARE IN DEFAULT FOR COLLECTION | | |

|  |  |
|---|---|
| Subtotal | 5,266.70 |
| Sales Tax | |
| Total Invoice Amount | 5,266.70 |
| Payment/Credit Applied | |
| **TOTAL** | 5,266.70 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

Xue 134