# EXHIBIT 14

**SUBJECT TO EXECUTION**

David Abrams, Attorney at Law
305 Broadway Suite 601
New York, New York 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
Southern District of New York

| | |
|---|---|
| Feng Xue & Calculus Trading Technology LLC | )<br>)<br>) |
| Plaintiff, | )<br>) |
| - against - | ) Case No. 19cv7630(NSR) |
| Stewart Koenig & Prime Consulting International LLC, | )<br>) **Stipulation**<br>) |
| Defendants. | )<br>) |

  WHEREAS the Plaintiffs in this matter have alleged that they performed services in approximately the last 3 months of 2017 for Defendants' third-party customer Cowen and that the Defendants have failed to make payment to Plaintiffs for such services (the "Services in Dispute");

  WHEREAS Plaintiffs have sought discovery to determine whether Defendant Prime Consulting International LLC ("Prime") received payment from Cowen for the Services in Dispute.

  WHEREAS the parties wish to avoid the trouble and expense of seeking and providing discovery on this issue; it is hereby

  STIPULATED AND AGREED that for all purposes in this matter, it is agreed that Prime was paid in full by Cowen for the Services in Dispute; and it is further

STIPULATED AND AGREED that Plaintiffs hereby withdraw Document Request Number 15 from their document requests of December 30, 2019;

*[signature]*

David Abrams, Attorney at Law
Attorney for Plaintiffs

305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821

Dated: April 26, 2020
New York, New York

GordonLaw LLP

by: *[signature]*

Michael R. Gordon, Esq.
Attorney for Defendants
51 Bedford Road Suite 2
Katonah, NY 10536
914-232-9500

Dated: April 26, 2020
Katonah, New York

2