EXHIBIT 26

**From:** Steve Xue [stevexue@gmail.com]
**Sent:** Thursday, June 25, 2009 4:19 PM
**To:** Stewart Koenig
**Subject:** Re: letter

Hi Stewart,

I received the letter yesterday.

Thanks a lot!

Steve



On Thu, Jun 18, 2009 at 11:08 AM, Stewart Koenig <skoenig@pci-search.com> wrote:

> Steve,
>
> That's great news on you wife's green cards congrats! Happy to have been able to help.
>
> Here is the letter it's the same but with today's date.
>
> Please check it to see if it's the one you mentioned.
>
> Assuming it is, let me know and I'll print up hard 2 hard copies and mail them to you ASAP.
>
> Regards,
>
> *Stewart Koenig*
>
> Director, Executive Search Services
>
> Prime Consulting International LLC.
>
> 7 Pine Hill Court, (Suite 100)
>
> Briarcliff Manor, NY 10510
>
> 914-944-3131
>
> skoenig@pci-search.com

D000006

**From:** Steve Xue [mailto:stevexue@gmail.com]
**Sent:** Thursday, June 18, 2009 10:39 AM
**To:** skoenig@pci-search.com
**Subject:** letter

Hi Stewart,

Thank you very much for the employment letter you sent to me last time. My wife got her green card. It could

not be done without your help.

Could you please send me another employment letter? I need it for the visa application for my parents-in-law.

It can be the same as the letter you sent to me for my wife's green card application. You just need to change

the date.

Thank you very much! I really appreciate it.

Steve

--
This is Steve Xue, and I approve this message.

--
This is Steve Xue, and I approve this message.

**Prime Consulting International LLC (PCI)**
7 Pine Hill Court (Suite 100)
Briarcliff, NY 10510
914-944-3131

June 18, 2009

To whom this may concern,

This letter is to confirm that Feng (Steve) Xue through his company Calculus Trading Technology LLC is currently working as a subcontractor to our company developing software for one of our clients.

Steve works approximately 40-45 hours per week and he/Calculus bills our company PCI at a rate of $82.50 per hour for his services. We anticipate continuing to use Steve's services for the foreseeable future.

Yours Truly

Stewart Koenig
Managing Director

D000008