# GORDONLAW LLP

Michael R. Gordon
mgordon@gordonlawllp.com

> The Court GRANTS Defs' request to file the documents indicated herein under seal. The Court respectfully directs the Clerk of the Court to place ECF Nos. 85, 86, 87, and 89 under seal, accessible only to the Court and the parties to the case. The Court notes that the documents responsive to this request (ECF Nos. 85, 86, 87, and 89) appear to have already been filed under seal. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 82.
>
> SO ORDERED:
>
> Dated: April 18, 2023
> White Plains, NY
>
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

October 14, 2022

**MEMO ENDORSED**

BY ECF AND EMAIL [RomanNYSDChambers@nysd.uscourts.gov]

Hon. Nelson S. Román, United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   *Xue, et ano. v. Koenig et ano*, S.D.N.Y. Civ. No. 19 cv 07630 (NSR) (AEK)

Dear Judge Román:

We are attorneys for Defendants in the referenced action.

Defendants shortly will be filing a motion for reconsideration of the Court's September 14, 2022 Opinion and Order denying Defendants' motion to dismiss for lack of subject matter jurisdiction. In connection with the reconsideration motion, we hereby move, via this is letter-motion, to file under seal the Declaration of Michael R. Gordon, dated September 28, 2022, and the exhibits thereto, and the supporting memorandum of law, dated September 28, 2022 and the supporting reply memorandum of law dated October 13, 2022. These documents contain references to, and copies of, material produced to us confidentially by Plaintiffs. We take no position on whether the Court agrees that these documents should be filed under seal, but we are obligated pursuant to an agreement we have with Plaintiffs' counsel to file the materials, as an initial matter, under seal. In that regard, we have met and conferred with Plaintiffs' counsel, who advises that he does request that the papers, which are financial records, tax returns and tax-related materials and legal papers that reference those documents, be filed under seal.

Respectfully yours,

Michael R. Gordon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/18/2023

Encls
cc:   David Abrams, Esq. (by email, w/encls)