UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

FENG XUE and CALCULUS TRADING
TECHNOLOGY,

                        Plaintiffs,                    **TRIAL ORDER**

     -against-                                   19 Civ. 7630 (AEK)

STEWART KOENIG and PRIME CONSULTING
INTERNATIONAL LLC,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court hereby sets the following dates and deadlines for trial and all pretrial proceedings in this matter:

1. A three-day bench trial is scheduled to begin on **December 2, 2025** at 9:30 a.m.

2. The parties' proposed Joint Pretrial Order must be filed by **September 5, 2025**. Please review Section 6 of the Court's Individual Practices, available at https://nysd.uscourts.gov/hon-andrew-e-krause, for further instructions regarding the contents of the Joint Pretrial Order, and additional information about all other pretrial filings.

3. The parties' respective proposed findings of fact and conclusions of law must be filed by **September 5, 2025**. In addition to filing these submissions on ECF, the parties must send copies in Microsoft Word format to the Court via email to KrauseNYSDChambers@nysd.uscourts.gov.

4. Counsel for each party must pre-mark their trial exhibits and provide the opposing party and the Court with a tabbed binder or binders containing courtesy copies of the party's trial exhibits and deposition designations by **September 5, 2025**.

5. Any motions *in limine* must be filed by **September 5, 2025**.

6. Responses to any motions *in limine* must be filed by **September 12, 2025**.

7. Replies in further support of any motions *in limine* must be filed by **September 19, 2025**.

8. A final pretrial conference will be held on **November 13, 2025** at 10:30 a.m. in Courtroom 250.

Dated: June 13, 2025
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge